UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR VASQUEZ,<br>Petitioner,<br>v.<br>PATRICK COVELLO,<br>Respondent. | Case No. 24-cv-06163-WHO (PR)<br><br>**ORDER DENYING MOTION TO DISSOLVE THE STAY**<br><br>Dkt. No. 15 |

This federal habeas action was stayed in January 2025 so that petitioner Salvador Vasquez could exhaust claims in state court. (Dkt. No. 11.) In May 2025, he filed an amended petition which contained a motion to reopen proceedings and dissolve the stay. (Dkt. No. 12.) I denied the motion because Vasquez had not shown that he had exhausted his claims. The only petition he appeared to have filed is one in the state superior court, which denied it. (Letter, Dkt. No. 13; Am. Pet., Dkt. No. 12 at 10, 13-14.) That is insufficient to exhaust. Claims must be presented to the state supreme court in order satisfy the exhaustion requirement. *See* 28 U.S.C. § 2254(b), (c); *Rose v. Lundy*, 455 U.S. 509, 515-16 (1982). Presentation of claims at lower courts does not qualify. I instructed Vasquez that after obtaining a decision from the state supreme court on his unexhausted claims, he could then file in this Court a motion to dissolve the stay and to reopen federal habeas proceedings.

In November 2025, Vasquez sent me a letter, which I construe as a motion to reopen. (Dkt. No. 15.) So construed, it is DENIED. Again, Vasquez has not shown that he has presented his claims to the state supreme court and received a ruling on those claims. He states that he sent a motion to reopen in July, but the only motion to reopen I

1  have received is the one filed in May.  If Vasquez wishes to file a motion to reopen, it must
2  contain an amended petition on this Court's form showing that he has fully exhausted his
3  claims by presenting them to the state <u>supreme</u> court and showing that he received a ruling
4  from that court on his claims.  Any such motion must have the words MOTION TO
5  REOPEN written on the first page.

6  This federal habeas action remains stayed.

7  **IT IS SO ORDERED.**

8  **Dated:**  November 19, 2025



WILLIAM H. ORRICK
United States District Judge